**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| DEWEY AUSTIN BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00187-SEP |
| | ) | |
| MIKE KEHOE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Dewey Barnett's Notice of Voluntary Dismissal, filed on August 20, 2026, and Memorandum of Voluntary Dismissal. Docs. [5], [6]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party has served either an answer or a motion for summary judgment. Because the Defendants in this case have not yet filed answers or motions for summary judgment, dismissal does not require Court approval, and this action is terminated by operation of the Federal Rule.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall close this matter in accordance with Plaintiff's Notice of Voluntary Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 25th day of August, 2026.

Sarah E. Pitlyk

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE